IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN CORCORAN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10-cv-6825 |
| | ) | |
| THE CITY OF CHICAGO, | ) | Judge Wood |
| | ) | |
|     Defendant. | ) | |

## MOTION FOR INSTRUCTION

Plaintiff, Brian Corcoran, by and through his attorneys of record, hereby moves this Court for Instruction in connection with proceeding with Plaintiff's fee request. In support of this Motion, Plaintiff states as follows:

1. On February 24, 2014, this Honorable Court entered Judgment in favor of Plaintiff and against Defendant in the amount of $134,300 after a two week jury trial.

2. Plaintiff filed his Petition for Fees and Costs on June 10, 2014. In connection with Plaintiff's Fee Petition and Local Rule 54.3, Defendant produced to Plaintiff certain invoices that were sent to their client, the City of Chicago.

3. On June 10, 2014, Plaintiff requested permission from the Defendant to file the Defendant's invoices with the Court as an exhibit attached to his Fee Petition. Plaintiff requested to attach these invoices in order to compare the work and time entries performed by Plaintiff and Defendant. Defendant did not give Plaintiff permission to file these invoices without the entry of a protective order.

4. Plaintiff does not believe a protective order is required for the Court to review invoices and attorney records and determine the Plaintiff's fee award.

5. Plaintiff is filing this Motion for Instruction seeking guidance from the Court to clarify whether the Court would allow Plaintiff to file the Defendant's invoices without the entry of a protective order.

6. Plaintiff will hold off on filing his Appendix of Exhibits, which at this time includes the Defendant's invoices, until this Court rules on Plaintiff's motion for instruction.

7. Plaintiff respectfully requests that the Court allow Plaintiff to file Defendant's invoices without the entry of a protective order.

**WHEREFORE,** Plaintiff, Brian Corcoran, by and through his attorneys of record hereby request that this Court grant this motion.

Respectfully Submitted,

s/ Jonathan R. Ksiazek
Jonathan R. Ksiazek
ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, Illinois 60606
(312) 345-8877