**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRIAN CORCORAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10-cv-6825 |
| | ) | |
| THE CITY OF CHICAGO, | ) | Judge Andrea R. Wood |
| | ) | |
| Defendant. | ) | |

**MOTION REQUESTING DECISION ON PLAINTIFF'S**
**PETITION FOR ATTORNEY'S FEES AND COSTS**

Plaintiff, Brian Corcoran, by and through his attorneys of record, Ed Fox & Associates, hereby files this Motion requesting a decision on Plaintiff's Petition for Attorney's Fees and Costs. In support of this motion, Plaintiff states as follows:

1. On February 24, 2014, this Honorable Court entered Judgment on a verdict in favor of the Plaintiff in the amount of $134,300. D.E. #166.

2. Plaintiff filed his Petition for Attorney's Fees and Costs on June 10, 2014. D.E. #205. The parties completed briefing on the Plaintiff's Petition for Attorney's Fees and Costs on August 20, 2014. D.E #218.

3. The Plaintiff's Petition for Attorney's Fees and Costs has been pending before this Court for approximately fourteen (14) months as of the date of this Motion. All other matters in this case are resolved.

4. Local Rule 78.5 states, "any party may on notice provided for by LR5.3 call a motion to the attention of the court for decision." LR78.5.

5. Pursuant to Local Rule 78.5, Plaintiff respectfully requests that this Honorable Court issue a ruling on Plaintiff's Petition for Attorney's Fees and Costs or indicate when it expects to issue a ruling.

WHEREFORE, Brian Corcoran, by and through his attorneys of record, hereby requests that this Court issue a decision on Plaintiff's Petition for Attorney's Fees and Costs.

By: s/ Jonathan R. Ksiazek
Jonathan R. Ksiazek
ED FOX & ASSOCIATES
Attorneys for Plaintiff
300 West Adams, Suite 330
Chicago, Illinois 60606
(312) 345-8877
jksiazek@efox-law.com